UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRE JOHNSON,

    Plaintiff,

v.                                          Case No: 8:17-cv-2735-T-36CPT

FIFTH THIRD BANK,

    Defendant.
_____/

**ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 24). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)     The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 24).

2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 24, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record